UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL JIPSON,

    Plaintiff,

v.           Case No:  2:13-cv-450-FtM-38DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. #32) filed on April 14, 2014. The Commissioner seeks a remand for further administrative proceedings. Plaintiff does not oppose the motion.

Accordingly, it is now

**ORDERED:**

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. #32) is **GRANTED**. The Decision of the Commissioner is hereby **reversed** and the case is **remanded** under sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security:

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

    On remand, the Commissioner will remand the case to the Administrative Law Judge to: (a) reassess Plaintiff's residual functional capacity and provide rationale for the assessed limitations; (b) reevaluate the medical source opinions, including the opinions of the state agency medical consultants; (c) reassess Plaintiff's credibility; (d) clarify the demands of Plaintiff's past relevant work and/or of the assessed limitations on Plaintiff's occupational base, and if warranted, obtain vocational expert evidence; (e) if Plaintiff is found disabled, conduct the further proceedings required to determine whether drug addiction and alcoholism are contributing factors material to the determination of disability; and (f) any other proceedings the Commissioner deems appropriate.

2. The Clerk is directed to enter Judgment accordingly and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of April, 2014.

                                        SHERI POLSTER CHAPPELL
                                        UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record